**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JASON LEOPOLD,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | ) | Civil Action No. 1:17-cv-00001 (EGS) |

# JOINT STATUS REPORT

The parties to this Freedom of Information Act ("FOIA") matter, by counsel, respectfully submit for the Court's consideration the following Joint Status Report in response to the Court's February 23, 2017 Minute Order.

## BACKGROUND

This case arises out of Plaintiff's request for records concerning "the FBI's relationships with the news media, publishing, motion picture, television, radio, and entertainment industries." *See* Compl. ¶ 9, Jan. 1, 2017, ECF No. 1. Plaintiff narrowed the scope of his request to "documents from the Office of Public Affairs ("OPA") . . . gathered in response to the request, as well as serials from the OPA administrative file responsive to the individual movies listed in the request." *See* Compl. ¶ 11, Jan. 1, 2017, ECF No. 1. Defendant answered the Complaint on February 2, 2017. *See* Answer, Feb. 2, 2017, ECF No. 4.

## STATUS OF THE REQUEST

As previously reported, Defendant conducted a search and located potentially responsive records which included 1,255 pages of documents, eleven photographs, and two video files. *See*

Joint Mot. for Scheduling Order 1, ECF No. 5. In the last two months, Defendant reviewed 1,045 pages of records and determined that 497 pages were not agency records and, of the remaining 548 pages that were processed, Defendant released 533 pages of responsive, non-exempt records by letters dated March 30, 2017 and May 1, 2017. Additionally, Defendant located nine pages of responsive records that contained information concerning another government agency and Defendant is now in the process of consulting with that agency.

## RECOMMENDATION

In accordance with the Court's February 23, 2017 Minute Order, Defendant will issue an additional release on or before May 31, 2017. Defendant may complete its processing of the remaining responsive records ahead of schedule, potentially removing the need for the scheduled June 30, 2017 release. Accordingly, the parties are prepared to file a supplemental joint status report and recommendation on or before June 9, 2017. It is still premature to determine whether there is a need for summary judgment briefing in this matter. If such a need arises, the parties will submit a proposed briefing schedule.

Dated: May 5, 2017

________/S___________
JEFFREY L. LIGHT
1712 Eye St. NW
Suite 915
Washington, D.C. 20006
Tel: (202) 277-6213
Jeffrey@LawOfficeOfJeffreyLight.com

*Attorney for Plaintiff*

Respectfully submitted,

CHANNING D. PHILLIPS
(D.C. Bar #415793)
United States Attorney
for the District of Columbia

DANIEL VANHORN
(D.C. Bar #924092)
Chief, Civil Division

By: ______________/S________________
DANIEL R. CASTELLANO
(OR Bar #136048)
Senior Attorney
Office of Information Policy
United States Department of Justice

1425 New York Ave., NW, Suite 11050
Washington, D.C. 20530
(202) 616-3214

*Attorney for Defendant*